UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR MONTANO, | ) | Case No. CV 10-9440 R (MRW) |
|         Petitioner, | ) | |
|     vs. | ) | JUDGMENT |
| FERNANDO GONZALES, Warden, | ) | |
|         Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: October 19, 2011

_____
HON. MANUEL REAL
UNITED STATES DISTRICT JUDGE